# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

**UNITED STATES OF AMERICA**
*Plaintiff*

v.

**JERMAINE MOODY**
*Defendant*

MAGISTRATE JUDGE: STACEY D. ADAMS.

CASE NO. 19-cr-00793-KSH-1

DATE OF PROCEEDINGS: 7/28/2025

DATE OF ARREST: 7/26/2025

**PROCEEDINGS:** I/A ON VOSR - Amended

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [x] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: ____

- [ ] ORDER OF DETENTION
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: ____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: ____

DATE: ____
DATE: ____
DATE: ____
DATE: ____
DATE: ____

**APPEARANCES:**

AUSA: ~~MARK MCGARREN~~ Javon Henry

DEFT. COUNSEL: LAURA GASIOROWSKI

PROBATION: Amy Cappozzolo

INTERPRETER ____
Language: ____

TIME COMMENCED: 3:06 PM
TIME TERMINATED: 3:12 PM.
CD NO: ECR

Jackeline Barco
DEPUTY CLERK